IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-2517-WYD-PAC

TERESA A. RUSHING,

    Plaintiff(s),

v.

ALEXANDER V. KOLOTOV,

    Defendant(s).

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion for Partial Summary Judgment on the Issue of Liability, filed June 21, 2005, is **STRICKEN** with leave to refile in compliance with Section VI.1 of this Court's Hearing, Conference and Trial Procedures.  Plaintiff shall have up to and including **Friday, July 8, 2005** to refile the Motion.

Dated:  June 22, 2005

                                            s/ Tisa M. Duckworth
                                            Judicial Assistant