IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   04-cv-02517-WYD-PAC

TERESA A. RUSHING,

      Plaintiff(s),

v.

ALEXANDER V. KOLOTOV,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that defendant's Motion [filed March 24, 2006; Doc. No. 31] is **denied.**  Defendant shall be present at the Final Pretrial Conference set for **March 31, 2006 at 11:00 a.m.**, in Courtroom A501.  Defendant shall also complete his portions of the Final Pretrial Order.

Dated:  March 24, 2006