IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-2517-WYD-PAC

TERESA A. RUSHING,

    Plaintiff,

v.

ALEXANDER V. KOLOTOV,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court upon review of the file.  Having reviewed the file, including the Final Pretrial Order, it is

    ORDERED that the parties shall file a joint status report advising the Court of the status of the case, the likelihood of settlement, and the issues to be addressed at trial by **Friday, September 8, 2006**.  It is

    FURTHER ORDERED that a status conference is scheduled for **Thursday, September 14, 2006, at 8:30 a.m.**

    Dated:  August 31, 2006

                                      BY THE COURT:

                                      s/ Wiley Y. Daniel
                                      Wiley Y. Daniel
                                      U. S. District Judge