IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02517-WYD-PAC

TERESA A. RUSHING,

    Plaintiff,

v.

ALEXANDER V. KOLOTOV,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendant's Motion (requesting to appear at the conference on September 14, 2006 by way of telephone), filed September 12, 2006, is **GRANTED.**  Alexander V. Kolotov will be allowed to appear by telephone at the status conference on **Thursday, September 14, 2006, at 8:30 a.m.**

    Dated:  September 12, 2006