IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02517-WYD-PAC

TERESA A. RUSHING,

    Plaintiff,

v.

ALEXANDER V. KOLOTOV,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER comes before the Court on Defendant's Stipulated Motion for Dismissal and Explanation Letter [# 47], filed October 30, 2006 and Plaintiff's Objection to Current Dismissal of this Action [# 48], filed November 1, 2006.  On October 16, 2006, this Court ordered the Defendant, Alexander V. Kolotov, to show cause in writing on or before Friday, October 27, 2006, why he should not be held in contempt of court or otherwise compelled to perform his obligations under the terms of the parties' prior settlement for his failure to comply with this Court's order dated September 14, 2006.

    Defendant filed a Stipulation for Dismissal with this Court executed by Defendant, not Plaintiff.  Defendant further filed an "Explanation Letter" which states that he contacted Plaintiff's counsel because he is unable to pay the agreed settlement amount.  (Def.'s Letter.)  Defendant states that he only has $8000.00 "towards the settlement amount that I could, borrow from my friends."  (Def.'s Letter.)  Defendant asks the Court to "regonisute [sic] the amount and the time to pay settlement at this

point." (Def.'s Letter.)

Plaintiff states in her objection that her counsel forwarded the Stipulation for Dismissal and the formal Settlement Agreement to Defendant with the instruction that he "immediately return them to my attention, together with the settlement amount that you agreed to pay." (Pl.'s Objection ¶ 2.) In response, Defendant failed to return the Stipulated for Dismissal and the settlement agreement. "Instead, he signed and submitted to the Court the *Stipulated Motion for Dismissal* along with his "Explanation Letter" in response to the Court's Order to Show Cause." (Pl.'s Objection ¶ 3.) Plaintiff further states that the Defendant misrepresents in his "Explanation Letter" that he notified Plaintiff's counsel that he did not have the money to satisfy the settlement agreement. (Pl.'s Objection ¶ 3.) Plaintiff's counsel states that Defendant has not communicated with him and submits that "it would be inappropriate to dismiss this action in its present posture." (Pl.'s Objection ¶ 4.)

After a review of the file in this case, the Stipulated Motion for Dismissal is DENIED as it is not executed by both parties. Accordingly, it is

ORDERED that this case is not dismissed. It is

FURTHER ORDERED that this case is restored to a fully active status. It is

FURTHER ORDERED that the parties shall appear in person before the Court for a status conference on **Friday, December 8, 2006, at 10:00 a.m.**

Dated: November 15, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge