IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02517-WYD-PAC

TERESA A. RUSHING,

    Plaintiff,

v.

ALEXANDER V. KOLOTOV,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Vacate and Reset Status Conference [# 54], filed December 4, 2006 and Defendant's Motion [# 55], filed December 5, 2006 are **GRANTED.**  The Status Conference scheduled for Monday, December 18, 2006 at 10:00 a.m. is reset for **Thursday, January 11, 2007 at 10:00 a.m.**

    Dated:  December 6, 2006