IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  04-cv-02517-WYD-PAC

TERESA A. RUSHING,

    Plaintiff,

v.

ALEXANDER V. KOLOTOV,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court on Plaintiff's Motion for Entry of Judgment and for Award of Attorneys' Fees and Costs [# 63], filed January 23, 2007. After careful consideration of the file in this matter, the Court finds that this motion should be GRANTED and the following judgment should be entered in favor of the Plaintiff against Defendant Alexander V. Kolotov.  Accordingly, it is

ORDERED that Plaintiff's Motion for Entry of Judgment and for Award of Attorneys' Fees and Costs [# 63], filed January 23, 2007, is **GRANTED**.  It is

FURTHER ORDERED that the following judgment be entered in favor of the Plaintiff against Defendant Alexander V. Kolotov:

    1.    The principal amount of $25,000, the amount Defendant agreed to pay under the settlement agreement reached on September 14, 2006;

    2.    Attorneys' fees and costs, as supported by the Affidavit submitted

> by Steven R. Schumacher, Esq., counsel for Plaintiff, in the amount of $1,487.23;

3. Post-judgment interest under 28 U.S.C. § 1961, at a rate of 5.03%.

4. Judgment shall enter in favor of Plaintiff, Teresa A. Rushing, and against Defendant Alexander V. Kolotov, in the amount of $26,487.23, with interest on any continuing balance at a rate of 5.03% per annum, compounded annually.

Dated:  January 24, 2007

         BY THE COURT:

         s/ Wiley Y. Daniel
         Wiley Y. Daniel
         U. S. District Judge